UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                **11 Cr. 838 (WFK)**
                                                **NOTICE OF APPEARANCE**

MICHAEL DARAGJATI,
                        Defendant.
------------------------------------------------------X

TO:    **CLERK OF COURT E.D.N.Y.**

PLEASE TAKE NOTICE that Ronald P. Fischetti hereby notes his appearance as retained counsel on behalf of MICHAEL DARAGJATI in the above captioned matter.

I have been admitted to practice in this court since March, 1961.

Dated:  New York, New York
          January 5, 2012

                                                            **/s/ Ronald P. Fischetti**
                                                             Ronald P. Fischetti  (RF0509)
                                                             Fischetti & Malgieri LLP
                                                             747 Third Avenue, 20th Floor
                                                             New York, New York 100017
                                                             Ph (212) 593-7100
                                                             Fax (212) 758-2809
                                                             rfischetti@fischettilaw.com