

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PKC:PT
F.#20011R00714

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 31, 2012

By Hand and ECF

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Michael Daragjati
          Criminal Docket No. 11-838 (WFK)

Dear Judge Kuntz:

    In response to the Court's request, please find enclosed a compact disc which contains an electronic copy of documents in the above-captioned defendant's New York City Police Department ("NYPD") Civilian Complaint Review Board file. Further, regarding the defendant's NYPD personnel file requested by the Court, the NYPD has advised the government that it may not disclose those records absent a court order.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                          United States Attorney

              By:       /s/
                    Paul Tuchmann
                    Assistant U.S. Attorney
                    (718) 254-6294

Enclosure

cc:  All defense counsel (By ECF and Fedex)
     U.S. Probation Officer Jill Polish