

**FISCHETTI & MALGIERI LLP**
Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
*www.fischettilaw.com*

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

June 4, 2012

VIA ECF
The Honorable William F. Kuntz, II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *United States v. Michael Daragjati, 11 Cr. 838 (WFK)*

Dear Judge Kuntz:

      I am writing to request that this Court permit the Probation Department to provide the parties with its Sentencing Recommendation for Mr. Daragjati prior to sentencing. A.U.S.A. Paul Tuchmann, on behalf of the Government, does not object to disclosure of the Sentencing Recommendation.

      Disclosure of the Sentencing Recommendation will allow the defendant to adequately prepare for the sentencing proceeding and there appears to be no logical justification for non-disclosure of the report. In fact, many Judges in the Eastern District such as Judge Bianco, Judge Block, Judge Dearie, Judge Hurley, Judge Irizarry, and Judge Seybert permit disclosure of the Sentencing Recommendations. Moreover, disclosure of Sentencing Recommendation reports to the defendant is standard practice in the Southern District. I therefore request that the Court permit the Probation Office to provide the parties with the Sentencing Recommendation in a timely manner prior to sentencing.

      Thank you for your consideration of this request.

                                            Respectfully Submitted,

                                            Ronald P. Fischetti