

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PT
F.#20011R00714

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 5, 2012

By Hand and ECF

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Michael Daragjati
           Criminal Docket No. 11-838 (WFK)

Dear Judge Kuntz:

    In response to the Court's request, please find enclosed a compact disc which contains an electronic copy of documents and audio recordings in the above-captioned defendant's New York City Police Department ("NYPD") Civilian Complaint Review Board file.  This material is in addition to the material that was provided to the Court on May 31, 2012.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

           By:    /s/
                    Paul Tuchmann
                    Assistant U.S. Attorney
                    (718) 254-6294

Enclosure

cc:  All defense counsel (By ECF and Fedex)
     U.S. Probation Officer Jill Polish