

**FISCHETTI
& MALGIERI LLP**
Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
*www.fischettilaw.com*

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

June 18, 2012

<u>**VIA ECF**</u>

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

           **Re:**    *United States v. Michael Daragjati, 11 Cr. 838 (WFK)*

Dear Judge Kuntz:

      I respectfully submit this letter to request that the Court Order the officials at the MDC- Metropolitan Detention Center- to allow the defendant, Michael Daragjati, to have proper attire for the upcoming sentencing currently scheduled for Friday, June 22, 2012 at 11:00 a.m. In this regard, we have enclosed a proposed Order for Your Honor's signature seeking this requested relief.

                                                        Respectfully Submitted,

                                                          Ronald P. Fischetti

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        --against--                                      11 Cr. 838 (WFK)

MICHAEL DARAGJATI,

        Defendant.
------------------------------------------------------------------------X

      Upon the application of Ronald P. Fischetti, counsel for defendant, Michael Daragjati, it is hereby:

      ORDERED that the United States Marshal's Office and/or the Bureau Of Prisons Metropolitan Detention Center accept the following clothing for the court appearance during the sentencing in the above captioned matter:

1) one shirt;
2) one suit, (consisting of slacks and jackets);
3) one pair of socks;
4) one pair of Shoes;
5) one neck tie; and
6) appropriate under garments.

                                  SO ORDERED:

                                  _____
                                  HON. WILLIAM F. KUNTZ, II