FILED
CLERK

2012 JUN 19 PM 2:01

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

--against--                                              11 Cr. 838 (WFK)

MICHAEL DARAGJATI,

                Defendant.
---------------------------------------------------------------X

Upon the application of Ronald P. Fischetti, counsel for defendant, Michael Daragjati, it is hereby:

ORDERED that the United States Marshal's Office and/or the Bureau Of Prisons Metropolitan Detention Center accept the following clothing for the court appearance during the sentencing in the above captioned matter:

1) one shirt;
2) one suit, (consisting of slacks and jackets);
3) one pair of socks;
4) one pair of Shoes;
5) one neck tie; and
6) appropriate under garments.

                SO ORDERED:

                s/WFK

                HON. WILLIAM F. KUNTZ, II

                June 19, 2012