

FISCHETTI
& MALGIERI LLP
Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
*www.fischettilaw.com*

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

June 20, 2012

**VIA ECF**

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> ***Re:***   ***United States v. Michael Daragjati, 11 Cr. 838 (WFK)***

Dear Judge Kuntz:

      I am writing to respectfully request that this Court grant me a one day adjournment in the instant matter. I make this request because I have just received the Government's response and to be properly prepared for sentencing I must review various tape excerpts in addition to reviewing the submission with my client who is currently incarcerated at the MDC. I do not make this request lightly but I hope that this request for a one day adjournment would not unduly burden the Court or prejudice the government. I have left a message for AUSA Tuchmann to obtain his position on this request but have not heard back from him yet.

      Thank you for your consideration of this request.

Respectfully Submitted,

Ronald P. Fischetti