# FISCHETTI
# & MALGIERI LLP
## Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
*www.fischettilaw.com*

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

June 21, 2012

**VIA ECF AND HAND DELIVERY**

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:**  ***United States v. Michael Daragjati, 11 Cr. 838 (WFK)***

Dear Judge Kuntz:

   Enclosed please find additional character letters which this office has received concerning the upcoming sentencing of Mr. Daragjati.

   As the Court is aware, counsel filed its sentencing memorandum in this matter last Friday, June 15, 2012. Included in that submission were approximately 20 letters which I deemed to be representative of the numerous letters that we received on Mr. Daragjati's behalf. While preparing our sentencing submission, I chose not to include the enclosed letters in an effort to streamline the amount of materials that the Court and the government would have to review. However, following my receipt of the government's sentencing submission, which was received yesterday, I provided a copy to my client at the MDC. When I reviewed the submission with him today, he insisted that the attached letters also be provided to the Court. While I believe that these letters echo the sentiments contained in our previous submission, I must yield to the wishes of Mr. Daragjati and submit them to you now.

   I apologize for this late submission and hope that the Court understands the circumstances.

       Respectfully Submitted,

       Ronald P. Fischetti

**Deda & Victor Gjonaj**
100 N. cross road
Lagrangeville N.Y. 12540
D:1(914)403-5524
V:1(917)468-6775

Honorable William F. Kuntz II
United States District Court
Eastern District Of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear, Honorable William F. Kuntz II;                    2/29/12

     this letter is in regards to our cousin, friend, and ex employee, Michael Daragjati, who has
pleaded guilty and is awaiting sentence infront of your honor.

     We are asking for lienancy toward  Michael Daragjati who his poor judgement of words dose
not show his heart and character of whom he is as a man. He is a hard working and dedicated
father to his girls, a loyal husband to his lovely wife, a loving son to his parents, lovded by his
siblings. Mike is a  loving out going person with all who meet him for the first time, peace maker.

     As a child our dad use to take us from the bronx ,where we lived at the time, all the way to
Staten Island, to work for Michael's dad Loro Daragjati on the weekends. we use to love going with
my dad on the ferry to staten island and see the statue of Liberty, it felt patriotic. It made me proud
to be American . My dad and I use to help renovate  run down abandoned homes in the bad
section of Staten Island for Michael dad Loro. Michael and I were the goffers/helpers of the
company. I would remember  we would walk a couple of blocks away down drug infested
neighborhoods to go get breakfast in the morning and lunch in the afternoon. Some times we
would take long, playing video games in the bodegas, that they would have to send out his cousin
to look for us. We were not phased by the bad neighborhood, playing with neighborhood children
stick ball and bottle tops  until we were needed. Michael would talk about becoming a police officer
to clean up the streets from drugs and crime out of staten island.This went on for a couple of
years, until we got  old enough to get real jobs.

     We grew older and continued to keep contact, not as much as we did as children,
 but enough not to forget. We went to each others weddings and family function and get togther,
bringing up our child hood memories. Mike kept his child hood dream and made it reality when he
became a police officer. He always wanted to be the police officer that mad a difference not just be
a police officer that brought home a check. With his contracting co. he was repairing one home at a
time and little difference in the neighborhood. As a police officer ,Michael , was repairing a
neighborhood at a time ,making a bigger difference in the neighborhood. Michael loved being a
police officer and worked  with pride . Coming from a imegrant family poor in wealth but rich of
family love. he knew it wasn't poverty that ruined family and neighborhoods, but drugs that ruin
family and neighborhoods. Staten island has lost one of its finnest.

     Once again I plea to you, your honor,for lienance on michael Daragjati sentencing
 I understand his plea of guilty for the poor judgement of words, but growing up with Michael
the poor judgement of words used does not show  the character he is, police officer he was, or the
man he shall continue to be .

     I thank you your honor for taking time to read my letter

yours truly;

Deda Gjonaj   / Victor Gjonaj

  **DLZ CONSTRUCTION INC.**  

29 February 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge Kuntz:

I am writing this letter in connection with Michael Daragjati's sentencing regarding his guilty plea. My name is Lazer Daragjati and I am Michael's cousin. I'm writing not only because I love him, but because he is truly a kind and caring person; I've never known Michael to be anything but sensitive to other people's feelings. Michael is one of my best friends and has done things that would make me smile.

On one occasion, Michael and his wife were flying to Florida for my wedding and because of his work schedule he wasn't able to leave New York until the morning of the wedding. A trip that should have taken them 2 hours from Newark took them all day because of flight delays. Michael had to fly into Charlotte, get a connecting flight to Savannah, rent a car and drive the rest of the 1½ hours to make the wedding on time. To make this journey even worse for him, the airline lost their baggage so they had to stop and purchase new clothes. He made it just as we were walking into the church. He very easily could have said sorry, things happened that kept us from making the wedding, but he didn't, he went above and beyond what most people would have done to make sure that I was happy. I didn't learn of this until I came back from my honeymoon; he didn't want to make a big deal of it.

I have a General Contractors license and work for myself; I've been in business for over 8 years. On one occasion, Michael took time off of work and helped me with a project that helped my business grow. My superintendent at the time quit on me and Michael came to Florida and helped me out of the situation I was in. Upon his release my cousin has a job waiting for him here in Jacksonville. I feel that if we are closer together both of our lives will become better off. Michael's always given to others without asking for anything in return. I ask and pray that you take mercy on him and grant him an early release.

Respectfully Yours,

Lazer Daragjati

P.O. Box 1832
Ponte Vedra Beach FL 32004
904.525.1408
dlzconstruction@bellsouth.net
www.dlzconstruction.com

March 1, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable William F. Kuntz II,

I, Bob Maggio and my wife Joanne Graci are writing this letter on Michael Daragjati's
behalf in regards to his sentencing and guilty plea. I am a retired vertical transportation
engineer with over 30 years in the industry and my wife Joanne has been employed in the
Insurance industry for over 30 years.

The Daragjati family were our neighbors when they lived in the Oakwood section of
Staten Island. When Michael was 16 years old he started dating my daughter Danielle. He
spent much of this time in our home and we saw him grow up into a responsible young
man. On one of the many holidays he spent with us and on one particular Thanksgiving
our family from North Carolina came to visit and one of them happens to be black. He
and Michael enjoyed each other's company and we all spent the weekend together.

On numerous occasions my wife and I have taken our daughters and their friends away
for the weekend camping and Michael was always part of these excursions. The camping
group consisted of a blend of different ages and nationalities including Italians,
Hispanics, Blacks, Indians, and Asians and Michael never showed a hint of racism.

The man that Michael is today reflects the qualities that he had as a young man. He is a
church goer, a dedicated family man, good friend and a hard working individual.

Sincerely,

*Robert Maggio*
*Joanne Graci*

Bob Maggio and Joanne Graci
309 Guyon Avenue
Staten Island, NY 10306

**Dennis F. Klages**
**127 Main Street**
**Staten Island, NY 10307**
**718-984-9256**

February 10, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

I am writing this letter in connection with Michael Daragjati's sentencing regarding his guilty plea.

Michael Djarajati is the nephew of my former next-door neighbor Ambrose Daragjati. I have known Mike for more than 20 years and have seen him grow from a 10 year old to a teenager into an adult who became my next-door neighbor. Michael's desire to be helpful to others was evident from childhood. One day while visiting his Uncle, eleven-year-old Michael helped to save my daughters rabbit. The rabbit had become ensnared in the wiring of his cage and was choking. Upon hearing the screams of my 9-year-old daughter Michael ran over with his uncle and helped to free the rabbit.

As a teenager Michael again came to my aide when while opening my pool for the summer I slid into the deep end of the pool on some algae and due to a low water level I could not get out of the deep end of the pool. Michael again responded to calls for help and came over with a rope and pulled me up the algae covered incline. I did not see much of Michael for a few years after that but about five years ago Mike showed up on my porch and told me that he was rebuilding the house next door and would be moving in with his wife and baby daughter. He also told me that he was a police officer and that he was doing home improvements

As an adult Michael has proven to be a good neighbor, he is always willing to help a neighbor either with a helping hand or suggestions on how to proceed with a project. During the winter he always supplied us with salt for winter storms. He would let us know when there might be some noise next door due to construction and respected our requests to not do construction work when we were having outdoor gatherings.

Since Michael moved to Tottenville he has helped me with a few home improvement projects. Once he became a contractor I hired him to do work in my two homes and my office. His work was always fairly priced and completed on time within budget. On one home improvement job during my stint of unemployment, I believe Mike's estimate only allowed him to cover expenses, which allowed me to have the work completed.

I have observed Michael 's interaction with his mostly Hispanic staff and He has always been respectful in his interactions with them. I have never heard him use a derogatory or racist remark in speaking with or about his workers. Overall Michael has been a considerate thoughtful and a helpful neighbor.

Sincerely,

*Dennis F Klages*

Dennis F. Kluges

331 Lee Avenue
Yonkers, New York 10705

February 12, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: Michael Daragjati

Dear Honorable Kuntz:

This letter is being written in connection with Michael Daragjati's sentencing regarding his guilty plea. I find it extremely difficult to process the fact that Michael has been accused of being a racist.

I, Jacqueline Kapaj-Vieira am forty-seven years of age, am working as an Assistant Principal for the New York City Department of Education, and currently reside at 331 Lee Avenue, Yonkers, New York 10705.

Michael Daragjati is my second cousin who I have known since he was born. Michael has grown up in our large loving close-knit Albanian family whose principles are embedded in Christianity and family values. His father is Loro Daragjati, nephew to my mother. Michael's deceased grandfather was my mother's brother and my uncle. I grew up with Michael's father, Loro Daragjati and have known him all my life. Loro Daragjati is like a brother to me and I regard Michael as a nephew. As children, our families lived next door to one another and over the years we have spent family time regularly interacting during the holidays, leaning on one another for marriages, births, deaths, and numerous celebrations. So it is no wonder that Michael has continued the tradition of our family by maintaining a close nuclear family model, exemplified by integrity, respect, loyalty, obedience, Christian values and a strong work ethic. Michael and his wife Nicole are devoted parents who instill in their three young daughters, by way of example, the virtues of living a happy, healthy successful life with close family ties. There has always been happy interaction among our family with a mutual love, respect and devotion.

Michael is a wonderful family man who has strived to provide what is best for his family. He possesses a strong work ethic and goes out of his way for everyone he loves. At our family affairs he is outgoing, respectful, affectionate and always jovial. He can always be counted on when needed. Over the years, in all the time I have spent with Michael, I have never heard or known Michael to make racial remarks against any ethnic group. I find it disturbing that he would be accused of being a racist. Perhaps among his peers, Michael displays a macho bravado that is common among NYPD officers that are not seen by the family. I know Michael to be of a good moral character and a great family man.

I appeal to you Honorable Knutz, to please show some leniency when making Michael's sentence. He has endured tremendous losses thus far and has inflicted immeasurable pain onto his family. I am certain he has learned a lot from his experience and is remorseful.

If I could be of any further assistance, please contact me at the address above or by phone at my home at (914) 969-8395 or on my cellular at (914) 589-2890.

Respectfully,

Jacqueline V. Kapaj-Vieira

February 23, 2012

Honorable William F. Kuntz II
Unite States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable Kuntz,

I'm writing in regards to the sentencing of Michael Daragjati. Michael has been in my life since the day I was born. Technically you could say Michael is a "friend of the family" but to me Michael is my big brother. Along with his four siblings, Michael has always been considered family, blood related or not. With age on his side I always viewed him as the "wiser one." He always encouraged me to stay in school, keep going, do my best and in the end it'll pay off. Even though Michael was never excited go to school or to read a book he understood my drive and supported me. When I look back on the support and guidance Michael as given me since I was a little girl I hope to see him have the same chance to help and guide his three daughters. Michael always taught me about hard work (academics or job); he said that it didn't matter what you were doing but if you didn't do it your best it wouldn't matter. I always trusted and appreciated Michael's opinions.

Michael brings humor into my life. He doesn't take himself too seriously. He is the "family clown"; he brings laughter to almost every situation. He would always give me a hard time whenever I would talk about boys or introduce him to new boyfriends; he would automatically go into "big brother, protective mode." No matter who I introduced him to he always told me that he didn't care what they looked like or where they came from but they had to treat me right. I have idolized Michael since I was a youngster; I wanted to have the dedication and drive to support myself just like he always has. There have been many times when I complain to him about the amount of time I'll be spending in school and the amount of money that it is taking for me to do what I want and he was always there to say "keep it up; it'll be worth it." I always thought it was funny because he never liked going to school but in reality his simple words made me realize that having just one person in your family tell you that it's all worth is makes everything better; Michael is that one person.

I'm writing this letter in effort to demonstrate the person Michael truly is. It's so hard to explain the relationship I have with Michael because we have eleven years between us but I look back at my childhood and there isn't one moment when Michael wasn't there or wanted to be there. Michael has a big heart (he doesn't always want to show it) but everyone knows its there. I just recently graduated from Syracuse University in May; Michael wasn't able to make it to the graduation ceremony. He called me everyday before graduation to make sure it was okay that he couldn't make it. He wanted to make sure that when I got on stage to make my graduation speech that I would know he was proud and clapping along with the audience. When I got off stage and looked at my cell phone Michael had already left me a voicemail and sent a text message congratulating me and telling me that this was huge; I was now a college graduate. This is who Michael is to me. This case has portrayed Michael as this ruthless, heartless, human being using his power to his advantage. I'm writing you today to express the *true* Michael. Yes he has pleaded guilty but I urge you to consider a lighter sentence. Everyone makes poor choices but everyone also

has the right to be given a second chance. He has children that want and need him to come back home. I'm not saying that everything should be forgiven however I think it is important to understand the compassion and kindness Michael has in him.

I appreciate your time in reading this letter and I hope you take it into consideration as sentencing approaches.

Sincerely,
Maria Cannavo

February 23, 2012
32 Texas Avenue
Monmouth Junction, NJ 08852

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY  11201

Your Honor,

My name is Frances Fillbrunn, and I am writing this letter in regard to the sentencing of my nephew Michael Daragjati whom I have known all of his life. Though I am aware that Michael has placed a guilty plea, I hope that this letter will exhibit that Michael is a person of good character that comes to the aid of his loved ones in a way that is noble and generous. I wanted to show this by telling you the story of how Michael saved my father and myself while we were having very harsh financial and health problems.

In 2000 I decided to move in order to be closer to my father and his ailing wife in North Carolina where they had been living for about five years. I saw this as the perfect opportunity to semi-retire, to help out my father with his wife and to live in the vacation spot our family had used for years. I put my house in New Jersey up for sale and I found a house by my father. To my dismay when I moved down to my new home I shortly found out that I was a victim of "bait and switch" mortgage. This was a disaster; my payments essentially doubled right after I closed on my house and I was never able to gather enough funds to support myself and was put in severe financial hardship.

This was a catastrophe; my dream truly became a nightmare. I went from living fairly comfortable in New Jersey, to not being able to pay my mortgage. Not only that but finding work was a major problem. I found myself having to turn to my children, however they could not offer much assistance since they were in college or just starting out on their own.

This is where Michael comes in.  I told him my situation and he offered to help me find financing that would alleviate my financial pressure. I remember vividly Michael would call me on a daily basis with offers and information about refinancing. He really worked fervorously for months to help me out. Mike finally came through and found a company that was willing to refinance my mortgage.  For me this was huge because at the time it was very rare to find refinancing in North Carolina for a manufactured home.  Thanks to Mike I was able to stay in North Carolina and assist my father with his ailing wife.  I never could have stayed afloat if it hadn't been for his hard work and persistence.

As for my father he was having problems with his own health and finances. He was getting older and we were having a very difficult time taking care him and his sick wife. When she passed, he was spent.  His health and financial situation plummeted due to high healthcare costs for himself and his wife. He also found himself in danger of losing the home he loved dearly.  His dream was to have this home near the beach stay in the family so that family members could enjoy it for years to come well after he is gone.  The stress of losing his home was taking its toll. He lost over one hundred pounds and his overall health began to deteriorate.  This is when Michael "stepped up to the plate".

What Michael did for my father was truly saint worthy. He told my father that he would not let him lose his home and he was right. Michael worked really hard with the bank and was able to purchase my father's home just days before foreclosure proceedings were due to begin.  Michael told my father that he no longer had to pay rent or a mortgage and that he would take care of all the financial obligations of the home so that my father could live out his days stress free.  I'll never forget the conversation Mike had with my father in where Mike told him, "Grandpa I told you I wouldn't let you down", while my father, who was in tears, just kept replying, "Thank You Mike, Thank You Mike." For this I will be eternally

grateful to Michael, because he gave my father the peace of mind he needed to enjoy his final 3 years.  If it hadn't been for Mike I don't believe my father would have lasted those 3 years.

On top of this, Michael has worked very hard to keep this house down in North Carolina, since Michael knows that my father wanted this house to stay in our family. This hard work has led many of us (my father's children, grandchildren and great-grandchildren) to be able to enjoy my father's home still to this day.  All we ever have to do is call Mike and let him know when we'd like to go down to the beach and he's there handing over the key. Unfortunately due to Mike's current situation he is in danger of losing our beloved family home.

It is my hope that this letter gives your honor a glimpse of the sincere, generous, and helpful nature of Michael's character. That Michael is a good and caring person who is willing to help out his loved ones when they reach their bottom. It is also my sincerest hope that this letter will help your honor decide that Michael is a person that deserves the courts mercy so that he can return to where he is needed most - in the arms of his wife and three small daughters and the rest of our family.

Sincerely,

Frances Fillbrunn

Frances Fillbrunn

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

January 20, 2012

Your Honor Judge Kuntz,

We are writing this letter in connection with Michael Daragjati's sentencing regarding his guilty plea.  I
have been friends with Michael's father in law for 52 years. We are each other's best man and godfather
to each other's first born.  We have been "Uncle Joey and Aunt Angie" to Michael's wife Nicole since she
was born.  Michael, Nicole and their 3 girls, Adriana, Samantha and Alexa have attended the weddings,
christenings and birthdays that our families share with each other. We have been at Michael's home for
occasions and in attendance are some of his employees. We have shared the same experiences at these
affairs as have all the guests. On one occasion, during Alexa's christening party at Michael's home, he
and his employees of mixed cultural backgrounds, congregated around the television in a spare room
watching and enjoying together the NBA game on that day. They were carousing and all having a good
time together. He was a great host that day, as always, making personally sure everyone had enough to
eat and drink. This was always what stood out to us, that when anyone was in his home while we were
there, they were all made to feel comfortable and at ease. As a pharmacist and a nursery school
director, we have dealt with many different types of people during our careers.  With respect to this
case, we have never felt that Michael treated anyone differently because of race, be it a relative, friend,
employee or acquaintance of different race or nationality.

Our hearts go out to Michael, Nicole and the girls at this difficult time. We hope that you can find it in
your heart to understand what a responsible, compassionate and generous man Michael is.

Sincerely Yours

Joseph and Angela Chiodo
26 Georgian Bay Drive
Morganville, New Jersey 07751

January 27, 2012
124 West Terrace
Staten Island, N.Y.
10312

Dear Judge Kuntz,

I am writing this letter to you in connection with Michael Daragjati's
sentencing regarding his plea of guilty.  I am his mother-in-law and I am a
retired sales associate.

Michael and my daughter, Nicole, were married in June of 2004.  We met
him about two years prior to their wedding.   He has always been respectful
and generous in all ways.  He works hard and long hours to provide for his
wife and daughters.   He has three little girls; Adriana 6, Samantha 5 and
Alexa 3.

When Michael was taken into custody I moved in with my daughter and
granddaughters for a short time.  I would walk the girls to and from school.
After some time their neighbors recognized me and would smile and ask
about Michael .  They would ask how Nicole and the girls were doing and if
they needed anything.   Michael is a very likeable and friendly person.  They
often asked me to say hello for them.   One day an elderly gentleman
stopped me and asked about Michael.  He went on to tell me how Michael
helped him during a snow storm.  Michael had shoveled his walk and left
him a bag of salt.   He said, "Mike's a good man".  He often did things like
that.  He would come by our house and plow our driveway as well as our
neighbors.  We didn't have to ask, he just did it.

While staying at my daughter's house there were many knocks on the door.
Family, friends, neighbors and Michael's fellow officers.  They wanted to
help.   She also received many cards with well wishes and phone calls
showing concern for Nicole and the girls.  That's the kind of man he is.
One with a good reputation. Always there for everyone.   They respected
him as he did them.

I was in the delivery room with Michael when two of his daughters were
born.  It was the most fantastic experience of my life and I was thrilled that
Michael wanted to share that with me.  He is an intuitive person.  He know

how happy I would be to witness the birth of my grandchildren.  We stood there together along with his mom, helping Nicole breath and trying to make her comfortable.  We were so proud of him.   When they were born he was emotional and grateful that they were okay.

As I sit here so many things come to mind.   Summer vacations were always a big deal for Michael.  He would invite everyone to spend some time at his place in Calabash, North Carolina.  This house belonged to his ailing grandfather who wasn't able to keep up with the bills.  Michael offered to help by paying the mortgage.  After a couple of years his grandfather passed away and Michael inherited the house.  It isn't a grand place, but the kind of place family and friends  gathered.  We spent many summers there with his family and friends.  We always had a family vacation with my other daughter and her children.   Michael would invite everyone he knew to come any time during the year, not just summers.  He was happy when the house was full of people enjoying themselves.   These vacations at the beach were always fun with Michael.  The kids loved being with him.  He would entertain them, as well as the adults, for hours.

Special occasions such as birthdays, christenings or holidays were usually spent in his back yard or house.  He would shop and barbeque.  He always bought too much because he never knew who would show up .  This was very true because Michael would invite everyone he knew.  He was always happy to see people talking, laughing.   Kids all over the backyard.  A great host making sure everyone was comfortable.  He is a very generous man.

He was a pallbearer at his grandfather's funeral.  He was emotional and very proud of him.  He came to this country as an immigrant.  He worked very hard and made many sacrifices so he could support other members of his family.  Michael has this trait.  Family is very important to him.  He always extends himself for them.  It wasn't always good times and parties.  There were many times they had to struggle.  But, he's ambitious and hard working.  He didn't wait for someone else to take care of him and his family.

I was at his police department ceremony in Madison Square Garden.  He knew this was a wonderful opportunity for him.  He was diligent and worked very hard to achieve this.  He was happy and proud of what he had accomplished.  Michael was eager to serve the City of New York and his

community.  It was a great day for him and we were all very proud.

In closing, your Honor, I pray that you will find it in your heart to be lenient.  He is an integral part of this family.  His wife, and especially his girls, love him and miss him very, very much.

Very truly yours,

*Marie Boemi*

Marie Boemi

Joanne G Klages

127 Main Street

Staten Island, NY 10307

Honorable William F. Kuntz II

United States District Court

Eastern District of New York

225 Cadman Plaza

Brooklyn, New York 11201                    February 8, 2012

I am writing this letter in connection with Michael Daragiati's sentencing regarding his guilty plea. I first met Michael about 22 years ago when I moved next door to Michael's Uncle Ambrose. At that time Michael was a young boy of 10 but even at that age he was always eager to lend a hand to a neighbor in need. One day while visiting his Uncle, Michael helped to save my daughters rabbit. The rabbit had become ensnared in the wiring of his cage and was choking. Upon hearing the screams of my 9-year-old daughter Michael ran over with his uncle and helped to extricate the rabbit.

Several years later Michael again came to the aide of my family when my husband fell into our pool while opening it and was unable to reach the steps to get out because the bottom of the pool was slippery due to algae that grew over the winter. Michael again responded to our calls for help and came over with a rope and pulled my husband up the algae covered incline. Michael was a teenager at the time. I did not see Michael for a number of years as his Uncle died suddenly and the house next door was rented out.

Around six years ago Michael rang our door bell and told us that he was now a Police Officer, married and had a baby girl and that he intended to make the house next door his home. He told us that he always felt an attachment to the house next door since it was his Uncles house.

As an adult Michael proved to have the same attributes that he had as a child in that he was always willing to help out. From sharing extra salt during snow storms to letting us know when there might be some noise next door due to construction to respecting our requests to not do construction work when we were having outdoor gatherings Michael is in all ways a good and thoughtful neighbor. We couldn't help but notice that Michael worked very hard as he built up a contracting business while working as a police officer. Michael would speak to us at times about his desire to provide security for his family as a motivation for how hard he worked. We came to know Michael and his wife and three daughters fairly well and enjoy the company of the little girls when they visit us on our porch. However all visits came abruptly to an end when Michael came home from work, as his three daughters would run to greet him. The affection the girls had for their father was very apparent, as was his love for them. All three girls are friendly, respectful and thoughtful children, behaviors that are evidence of good parenting.

At times Michael and I would speak about our work since we served the same community, he as a Police Officer and I as a School Social Worker. In our conversations we spoke of the contrast in the ways the young people from that community viewed me in my job as a school social worker to the way he as a police officer was viewed.  Michael shared how he wanted to be of help to the young people in that community but because of the distrust they felt towards all police officers in general he wasn't always able to be of help. Although perhaps disappointed that he was not able to always be helpful to people in the community I personally never heard him make a racist or derogatory statement about the people who lived in the community he served.

In the twenty plus years I have known Michael I have come to view him as an outgoing thoughtful young man who has a natural instinct to help others out and who is willing to work very hard to provide for his Wife and Children.

*Joanne D Klages*

Cherilyn M. Hoti
35 Holden Blvd.
Staten Island, NY 10314

February 20, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

To the Honorable William F. Kuntz, II:

## SUBJECT: CHARACTER REFERENCE LETTER FOR MICHAEL DARAGJATI

I would like to begin by introducing myself.  My name is Cherilyn Hoti and I have been a second grade teacher at St. Joseph Hill Academy, Staten Island, for the past five (5) years.  I am writing this letter to you from the most heartfelt and truthful place on behalf of my good friend and cousin, Michael Daragjati.  I am writing to provide you with insight into the Mike I have been blessed to know and have in my life.

I have known Mike since 2006, when I began dating his cousin, Rocky.   For a young girl walking into a large Albanian family, you can imagine how nervous I was.  Lucky for me, one of the first people Rocky, my now husband, introduced me to was his cousin, Mike.  Mike came over to me with his huge smile, put his arm around me, whispered for me to relax, and began to tell me one of his many stories about some time in his life when he was in an embarrassing situation.  This began my close relationship with Mike, his wife, Nicole, and his three beautiful young daughters Adrianna, Samantha, and Alexa.

I tell you this because I have the same story many people share when asked how the first met Mike.  Mike is the type of person who will come up to someone he just met, share a funny story, and make a lifelong friend.  He is someone who often will go out of his way to help someone in need because he values family and friends.  Mike is the kind of guy who will come out at 4am to help you if you have a flat tire.  He is simply just a person you can always count on.

Over the past six (years) Mike and I have become extremely close.  Our families see each other weekly.   Mike would often stop by before heading to work to say hello or to give us inspiring ideas and suggestions on ways we could renovate our home.  This usually resulted in my husband separating us due to the fear that I might listen to his many, many suggestions.  Mike's family vacations with my family each summer.  We love spending time with him and the girls.  He is a wonderful father and husband.  He brings his daughter to Church every Sunday and teaches them the golden rule, to teach others how you want to be treated.

1

I wish I could tell you that Mike is a perfect man, without faults, but everyone makes mistakes. I can tell you Mike did make a mistake, but he has been punished and has learned from it. I can tell you from the bottom of my heart that I know Mike is not a racist or malicious man. He is a man who loved his job as a member of the NYPD. He is a man with many friends of all ethnic backgrounds. I can tell you from my own personal experience that Mike has always been nothing but welcoming to my own family members that are African American. I want to share a memory with you that describes Mike perfectly. While vacationing in Myrtle Beach this past summer, Mike met my cousin, Billy, who suffers from Autism. Mike introduced himself as he usually does and told Billy, "Cherilyn is my cousin, so that makes us cousins. Stick with me and I'll take care of you." Mike stuck with my cousin all night and probably showed him one of the best nights he ever had. My cousin still talks about Mike and what fun he had. However, for Mike, this was just a great night out with family. I don't think he ever realized what an effect he had on my cousin Billy. Mike does these things because he genuinely likes to make people happy, laugh, and have a good time.

Your Honor, I do not wish to take up any more of your time. I could probably write a book of wonderful memories and characteristics of Mike. I do ask you to consider Mike's wife and especially his three young daughters when sentencing him. My husband and I visit them every weekend in an effort to keep them mind off things. They miss their father and need for him to come home soon. Mike has lost his job as a police officer and has been in a jail cell away from his family since October. This man has been punished and has accepted it. He has truly been sorrowful for his mistakes and I believe learned his lesson. I pray you reflect on this during sentencing.

I thank you for your time and respect whatever your decision may be.

Sincerely,

*Cherilyn Hoti*

Cherilyn M. Hoti

Rock Hoti
35 Holden Blvd.
Staten Island, NY 10314
February 29, 2012


HONORABLE WILLIAM F. KUNTZ
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA
BROOKLYN, NEW YORK 11201


Dear Honorable Judge Kuntz:

My name is Rocky Hoti and I am Mike's cousin. I am employed with Consolidated
Edison in New York for seven years now. I am writing this letter in connection with
Michael Daragjati's sentencing regarding his guilty plea.

I would like to begin to give you a background of Mike and my relationship so you can
understand why I feel Mike is getting an unfair treatment. We grew up together going to
Church, catholic school, and being a racist was never in our families. We grew up
playing all types of sports in the schoolyards and color was never a problem. We played
with everyone. It didn't matter who or what you were.

I do not believe my cousin is a "racist cop" as the media and the prosecutors have painted
him out to be. I understand Mike made a serious mistake and I know he is aware of that
too. I do not condone this behavior, but do see believe we live in a world where it is
acceptable for some and not for others. People use this language very loosely.
Unfortunately it is seen all over television, radio, movies, and used by rappers and
comedians who make millions off it. I once again am not saying it is right or fair, I am
just saying it is everywhere you go. I do not think my cousin used this language in a
racist way.

Mike is a well-known and loved man. He has many friends and former partners in the
police force who are African-American. I am sure they will back Mike up and say Mike
has never treated them any different because of the color of their skin. Mike has always
treated all of his friends and co-workers as family. He has welcomed them into his home
to celebrate his children's birthdays and holidays. This is not a man who sets out to hurt
others due to the color of their skin.

After all this, Mike still sits in a cell not knowing what his future has in store for him. He
has already been terminated from his job a police officer, which he had held for eight (8)
years. I feel this has been punishment enough. Mike has three (3) beautiful young
daughters that his wife is trying to take care of by herself. I feel Mike has had enough
time to think and he is truly sorry for his actions. I hope his sentence will be most
beneficial for him and his family. I know it has been hard for his family to see the news

Honorable William F. Kuntz II
February 29, 2012
Page 2

about a man who raped a 12 year old girl and was out with bail that weekend.   We honor
the justice system, but how could Mike's punishment seem so much harsher than this
monster that raped an innocent child.

Mike is a hard worker.  He worked as a police officer and runs his business on the side.
He is the type of person that will do anything for you and give you the shirt off his back.
He is a kind-hearted person. There are so many good things Mike has done for the
community, his friends, and family.

I feel losing his much-loved job as an N.Y.P.D . officer is bad enough punishment. I ask
you to consider this so hopefully he can get over this and return to raising his family and
continue with his life.

Thank you for your time.

Sincerely,

*Rock Hoti*

Rock Hoti

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201


   I am writing to plead for leniency when sentencing Michael Daragjati. I have worked with Michael for 6 years and I can assure you that these recent circumstances are not indicative of the kind of person Michael is. I have seen him open his heart and offer assistance to others in need on many occasions. I am convinced that Michael is a decent person at the core. Michael is a father and husband, his children need him to be a part of their lives. Michael has made mistakes of which I am sure he is incredibly remorseful of, and I can only hope that will weigh on your mind when you make your decision.


Thank you for your time.

Sincerely,

Jerome Mcgraw

Joseph E. Koelbel III
277 Brighton Street
SI, NY 10307

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Attn: Honorable Kuntz,

I am writing this letter in connection with Michael Daragjati's sentencing regarding his guilty plea. I am familiar with the situation and I am willing to put myself on the record for Michael. I realize in this case the government has alleged that Michael is a racist. This is an allegation that I find to be erroneous. Michael and I are co-workers and friends for the past five years. In this time, I have seen Michael extend his generosity towards his co-workers and the public he has served. On several occasions, I have seen Michael's generosity and non bias attitude.

There were several times Michael offered people in the Housing Development in which we work a job working for his company Essential Renovations. Michael extended this offer to people of different ethnicity and all different races. Michael insisted on trying to help people at difficult times and offer them a chance for a better future. He also tried to help people regardless of color or creed. On one specific occasion, Michael over heard a woman's conversation whom resided in the Housing Development stating that she could not afford a tomb stone for someone that passed in her family. Being the kind hearted person that he is, Michael asked the woman what happened and then said to her I will make a temporary tomb stone for your relative. A week had passed by and Michael had given her this tomb stone for her family member and the woman's eyes filled with tears. This is not the action of a racist. When the woman attempted to pay Michael he returned the money and stated "That is the type of guy I am" This is just one of many sincere, kind and thoughtful things that Michael has done for his community.

Michael has made some comments on tape that were not appropriate and does not describe the Michael that I know. The man that I know is a hard working family man with a heart that is second to none. Michael is the kind of person that can't stop himself from helping other people who are less fortunate regardless of the color of their skin. People in our Housing Development where we work all know Michael and all loved him and looked at him like a positive role model. Michael's personality is full of humor, friendship, strength and not that of a racist person.

There were times when Michael would have gatherings at his home during the summer months and would practically invite the whole island, regardless of ethnicity. Even if he knew you for a short amount of time he would still consider you a friend to him. Michael was a people person and did not discriminate because of differences in someone's background, religion or skin color. He employed numerous minorities in his company and cared for them like family. Michael has friends of all different races. Would a racist do all these things, I don't believe so.

Please consider a reduced sentence for Michael, a person who has a generous heart, a non bias attitude and someone that is being falsely labeled as a racist. Thank you very much for your time and consideration in this matter.

Sincerely,

Joseph E. Koelbel III

Honorable William F. Kuntz II                         February 20, 2012
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn New York 11201


Honorable Judge Kuntz,


     I'am writing this letter in regards to the sentencing of Mike
Daragjati.  I have known Mike for the past six years while working as a
police officer in the NYPD Staten Island Anti-Crime Unit.  Mike Daragjati
has always been a hard working, competent and dedicated person.  One of
the most important aspects I've come to know of Mike is his love and
concern of the welfare of his family and friends.  Mike would often work
20 hours a day in order to support his family and make sure they had what
they needed.  Mike was always willing to help out other officers in their
time of need.
     Although Mike Daragjati's career as a police officer is over, he is
needed by his wife and 3 young daughters.  He is needed to be there for
them as a husband, father and sole financial supporter, and to maintain and
develop his business.  Mike loved being a police officer and although that
chapter has closed for him I feel Mike can become a stronger person by
learning from his past mistakes.
     In conclusion I believe that upon his release after serving his time,
Mike will become a reponsible, honest and dedicated individual.
I believe Mike will grow to be a better person and realize what is most
important in his life.  I ask that you consider all this upon his sentencing.


                                        Sincerely
                                        Michael Nix

Honorable William F. Knutz II                                    February 27, 2012
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn New York

Honorable judge Knutz,

      I have taken the time to write this letter to you in regards to the sentencing of an honest man who has made a mistake in his life and a man in my opinion who knows know what he has done is wrong. I have known Mike Daragjati for the past six years while working as a police officer in the NYPD Staten Island Anti-Crime Unit. In these years I have come to know him as a hard working dedicated man who is always there to help and support everyone around him whether they are a cop or a random person in need of assistance. Mike loved being a cop and to him it was more then just a job. He was the first to take police action on and off duty and perform such duty above and beyond the standards of a normal police officer, never even concerning himself with recognition for all the good he has done. Mike's career is now over and the lost of this career must be a huge heart break to him.

      More then this Mike is a man with such great love for his family, that he sacrificed is own personal well being by working 20 hour days repeatedly. He not only was a police office but he was building a fully time construction business which main aspect was to not just do the job, but to complete a job and leave having the customer know they not only have there dream house, but that they have meet a man who would go above and beyond for them. He always believed that Quality means doing it right when no one is looking. This is why he was so successful and this is why the people that know him have come to love him so easily. Mike great drive came from the love he had for his family and the belief that he was doing good in the world that his children grow up in. He always instills great respect, honor and honesty in the disciplinant of his children. His main goal in life seemed to be to provide his wife and three young daughters with the essentials in life as well as going out of his way to provide them with happiness.

      In conclusion I truly believe that upon his release Mike will be a responsible, honest and dedicated individual who will be there to help the community that his family resides in. I believe that Mike will learn to be a better person and take care of what is most important in his life with pride and honesty. I plead that you consider all this upon his sentencing. It's been said that "you can easily judge the character of a man by how he treats those who can do nothing for him." and Mike is the person who always helps others, and never concerns himself with what he will gain.

                                          Sincerely,
                                          Nicholas Gentile

Honorable William F. Kuntz II                    February 20, 2012
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201


Honorable Judge Kuntz,


     I'am writing this letter in connection to the sentencing of Michael
Daragjati in regards to his plea of guilty.
     I have worked with "Mike" for about 5 years in the NYPD Staten Island
Anti-Crime unit.  In that time I have found him to be a hard working
dedicated man who always put others before himself, and cared deeply for
for his wife and daughters.  During 2010 and 2011 I was fighting cancer and
Mike was one of the few people who constantly called me and stopped by
my home to see how I was.  He always wanted to see if my wife or I needed
anything or to drive and pick up my kids from school.  During my multiple
hospital stays and radiation treatment Mike truely treated my family as
part of his own.  My wife, who happens to be Hispanic was extremely
comfortable with Mike knowing that I had a friend who genuinely cared for
me and the well being of my family.
     I believe Mike understands his mistakes and will learn from them,
 he will accept his punishment and return to being a hard working, dedicated
father, brother and friend. I hope  these things are taken into consideration
and Mike receive a lenient sentence   he may return to his family and friends
who miss and love him

                              Yours Truely,
                              Joseph G. Hionas

Catherine Caggia
151 Dover green
Staten Island, NY 10312

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadmen Plaza
Brooklyn, New York 11201

Honorable  Judge Kuntz II,

My name is Catherine Caggia, Nicole Daragjati's cousin.   I am writing this letter
on behalf of Michael Daragjati. I hope it will show you his true character as I know him.

I have known Mike for over 8 years starting with when he met my cousin.  From
the day I met Mike I knew he was a kind and thoughtful person.  He was always there to
lend a helping hand whether it be for myself, or my family.  Mike is the type of person to
give you the shirt off his back and not expect anything in return.  He will do anything and
everything for the people he loves.  Whenever I needed him all I had to do was ask and
he was there for me no questions asked and without making me feel like I was a burden
to him.  He is truly a wonderfully caring and giving individual.

I would like to tell you one experience I have had with Mike that I will always
remember.  I was with Mike and Nicole at his brother's house in Jersey during a family
party .  It was around the time when we had just really started to get to know each other.
Everyone was having a great time.  Then out of nowhere I receive a call from my brother.
He had gotten hurt and was in the hospital.  As soon as Mike heard this, he packed up his
family and drove me straight to the Emergency Room to see what had happened.  They
wouldn't let me in the room, however Mike was able to see what was going on.  He
stayed with my brother that night and made sure my brother received proper attention and
care.  That's Mike- dropping everything in the blink of an eye to help someone in need.

During the process of buying my house Mike was always there.  Encouraging and
telling me what a great thing I was doing.  He helped me work out my finances to see
what type of house I could afford and where to look.  After I bought my house he was the
first one there with his men to help me fix the backyard.  He has helped me with many
projects in my house during the years.  I don't know what I would have done without his
help.

Mike has also introduced me to my husband Francesco Caggia.  Even though he knew Frank, his partner, extremely well he still was cautious about introducing me.  He wanted to make sure that we both got a long and no one got hurt.  He told Frank that he better not hurt me!  He was always looking out for me.  Mike was always a great friend to Frank and was the best man at our wedding.  I know Frank considers him a brother and so do I.

Mike is a great family man as well.  His three girls and wife love him very much.  I know his girls miss him terribly and ask about him all the time.  I hope the day comes soon that they can be back together.   Mike is a good man and anyone who knows him can attest to that.  I believe so much that he deserves to be home with his three girls and wife.

Regards,

*Cathin Coggia*

Catherine Caggia

Feb 21st 2012

To Honorable William F. Kuntz II

My Name is Angela Gromkoski, I reside At
150 Lamport Blvd. Apt 3C, Staten Island Ny 10305
I am writing this Letter in regards to
Michael Darajati's Sentencing. I Live where
Mike used to work, I understand
His Circumstances. And i am willing
to go on Record For him. I am a
homemaker. So most of my time is
spent Outside where the precinct is.
Mike was Always A very Friendly
person to me & everyone Around me, He
was a generous person, Who would Always
Offer help to Anyone in need. For Instance
everysummer we would have Barbaques
Outfront, Mike Always Offered to Contribute
Something for the Occasion, weather it Be
Food, Drinks or even A Barbaque. He
Has A gentle soul. He even gave A
Job to Someone i know, with his
Constrction Business. to help him
Out. there is So much more of
Him, I would Like to tell
you. But I understand this Letter

is AlReaoy to Long. So your
Honor, I hope this Letter puts
in perspective the Kino of person
He is. Thank you, Your Honor
for Reaoing my Letter.

Sincenly

Angela Gromkoski

Charles J. Morris
69 Greeley Avenue
Staten Island, NY 10306
March 2, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable William Kuntz II:

I am writing this letter in connection with Michael Daragjati's sentencing regarding his guilty plea. My name is Charles Morris, and I am a friend of Mr. Daragjati for many years now. I am a member of Con Edison's Emergency Services Department for 12 years and work hand in hand with our community and municipal services (NYPD, FDNY, etc.).

Michael is the first cousin of one of my best friends. We met years ago through my friend and became close friends over the years. He has always been here for me as my friends and a police officer. My truck was broken into one night and my wallet was stolen. I have home surveillance cameras that allowed me to give Michael a description of the person committing this crime. Two days later, Michael heard a call over the police radio of a car break-in in my area with the perpetrator fitting the same description. He responded from miles away to assist in capturing this person, as well as retrieving some of my personal belongs back.

As I mentioned above, I work for an emergency department and frequently work overnight shifts. When there was a series of burglaries in my neighborhood and even a murder two blocks away, Michael would often called me or checked up on my family even though that was never part of his job.

I have been out to dinner with Michael and his family, as well as gone on vacation with him to places where there were very diverse crowds. I have never seen Mr. Daragjati act racist in public or with his close friends and family.

Mr. Daragjati also has a vast knowledge of the construction world. Being a homeowner, he has taught me many things, let me borrow many tools and machines, and completed many jobs for me without asking a dime. He did this on his own free time to allow my family to have a better home to live in, rather than working on jobs that would benefit him financially.

Your honor, I could go on for hours, but I think these three situations show how Michael lives his everyday life, not just as a cop, but as a father and good friend that I consider family. I hope you find it in your heart to see the good in Michael, and may that

Honorable William F. Kuntz II
March 3, 2012
Page 2

outweigh the few mistakes he made.  My hope is for Michael to return to his friends, and
most importantly his family.  Michael is a father of three young girls and I am sure being
away from them as long as he already has will help teach them to be better people.

Sincerely,

Charles J. Morris

Bonnie Steele
34 Natalie Court
Staten Island, NY 10304

March 5, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Your Honor,

Please accept my letter for your consideration in connection with Michael
Daragjati's guilty plea sentencing. I hope along with other letters, this will give
you a fuller profile of Mr. Daragjati.

I am a resident member of a homeowners association and its current president
( ten years plus). From the beginning when the asphalt was finished, the
association brought on "Mike" stemming from a referral, to take over the snow
removal for the two cul de sacs. It was a good fit since we were a brand new
development with a just formed association with first time green home owners
and Mike had his new business as well. I was also a semi new parent with a
child just over a year old. We all seemed to be learning our roles as we went
along.

I continued being a full time stay at home mom and eventually started and
currently continue to teach fitness classes at the local YMCA. A natural
extension from the BA in Dance from UCLA and the subsequent move to NY to
be a performing and teaching member of a touring modern dance company.

Through the approximately 11 years plus I have been the "go to" snow person
from the association and Mike and I worked together to provide our residents
with a timely removal of snow. I learned that he was an undercover policeman
who worked long late hours who would continue his snow runs right after his
regular shift and work into the wee morning hours. I would inquire about his
long hours and growth pains of the business as my parents were small business
owners in Hawaii as well. We would commiserate over the more difficult
neighbors who were never satisfied and never appreciative. I would always hear

from them. Mike, would take it all in stride. Often, my husband and I along with other new neighbors would go out and work around Mike. "Hey Mike, can you come around this corner and get a little closer to the curb?" It was never a problem. On drier years with not much snow I would be thrilled since I always saw a snowfall as association money....I would comment positively on the situation but Mike would answer obviously in the contrast. "I got a family to support" he would joke.

My husband and I always had respect for Mike. We saw him as a hard worker who worked hard for his future, for his wife Nicole and their growing family. Whenever we were able to visit family back home in Hawaii, we would always bring him back a box of chocolate covered macadamia nuts to show our appreciation. He was always so appreciative.

I have seen Mike go beyond what was necessary for the job. One year on our smaller court, a fellow homeowner was scared to drive her car down the driveway and into the street so Mike could plow the snow. She backed up and got stuck. Mike got out of his truck and into her driver's seat maneuvering the car, proceeding to help dig her out, plow the snow and return her car to her parking place. This set him back a considerable amount of time delaying the rest of his runs for that evening.

Eventually in later years, because the homeowners on the smaller court refused to move their cars and the difficult terrain of the driveway, Mike had to make the business decision to just plow the larger court. A tenant who was a resident of the larger court decided to venture into the snow plow business. He took on the smaller court but because of his smaller equipment, his truck would often get stuck somewhere or breakdown and he wouldn't show up. A call into Mike would always be followed with a save the day return call of "Sure Bonnie" followed by a run.

Living on a hill always poses driving and sliding issues for the cars and plows on our street. One year, early one morning, Mike was later than usual after our call. Little did I know that he was at the bottom of the cul de sac at the opening of our street, digging and towing out the competitor's truck! That took a considerable amount of time, once again making him later for his other runs.

The competitor happens to be of African American descent.

Born and raised in Hawaii, I am of Asian, Hawaiian, Caucasian descent.  I have never felt anything but respect from Mike. It's interesting how through the years one can create a working relationship person to person.  I feel I've seen Mike in a facet of his life that shows him to be a hard working, honest man who takes pride in his work and of his company.  A man who will go out of his way to help others when not required to do so.

I empathize with his family, his wife and their children.

I appreciate your time.

Sincerely yours,

Bonnie Steele

700 Rembrandt Ave
Ponte Vedra, Florida
32081-5022
02-05-2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge Kuntz,

My name is Mathew Daragjati, I am the proud owner of a successful cleaning company
in the state of Florida. I am also the first cousin of Michael Daragjati. I am writing in
connection with Michael's sentencing regarding his guilty plea. Though I live in Florida,
I spent much of my childhood being raised in New York. I have had a close relationship
with my cousin and was very surprised when I found out about the arrest and the reason
behind it. Our grandfather came to America in the early nineteen sixties to escape
oppression and communism. He did so under the cover of darkness and gunfire. The
Daragjati family was raised to always defend and love the Lord God. My grandfather
knew the Lord helped him through the escape when leaving the country of Albania. All
of us were raised in parochial schools and were taught to love all of God's children no
matter what the creed or race. Throughout our lives we tend to make mistakes, some
small others large. Mike has always been a good man, cousin, husband and father, this is
why I was surprised to heard about this ordeal. I know police officers who have to endure
the everyday stress of the job and having to arrest the same criminals all the time takes a
toll on their job performance; some turn to abuse alcohol, family members etc. In Mike's
case he made a wrong choice in venting his stress. (Venting stress in an abusive manner
is never ok.). I am sure he realizes the mistakes he has made while sitting in solitary. I
know my cousin well enough that I can anticipate that he will never make these stupid
decisions again. He has a family he loves very much and I am sure he would do anything
to get back to his children and wife. I know they are suffering as much as he is. I would
also like to mention we have another first cousin, Christopher, who is married to a
African American woman by the name of Suesan(not a misspelling), they have a one
year old named Joshua. We have another first cousin Gasper, Christopher's brother who
is also engaged to an African American woman named Whitney. I have never at any time
heard Mike say anything remotely derogatory, rude, disrespectful or "raciest" about
either of these young women. I do not believe Mike is a raciest, I do believe the stress
level of his job got the better of him and he vented that stress improperly. We all make
mistakes and do foolish thing sometimes.  May the Holy Spirit guide you in your decision
making process.

Sincerely,
Mathew Daragjati
Owner

February 25, 2012

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

**Re:**   **Michael Daragjati Sentencing**

Dear Judge Kuntz:

      I am writing this letter in connection with Michael Daragjati's sentencing regarding his guilty plea. My name is Klodiana Lekaj- Griffiths.   I have a M.Ed., in Leadership and Organizational Development from Jacksonville University.   I am the Finance Director of Christian Healing Ministries, Inc.  Mike has been a dear friend of mine for over 15 years, and I can only think of him as a respectful, caring and a loyal friend.

      I was born in Albania, but moved to the United States when I was 15 years old.  When my family and I first moved here, it was Mike and his family that took us in.  Without any hesitation, without us asking them for help, they provided us with shelter and food until we were situated.  I remember Mike helping me with my homework, as I did not speak a word of English. I did not have anyone in America who understood the school system; Mike was my closest connection to that.  Many, many nights he stayed up with me until midnight on school nights to help me get my homework done.  I remember him taking me school shopping.  He bought me school supplies and clothes, as I did not have any.  He helped me learn the English language.  He helped me get acquainted with the American culture and traditions.  Through these caring acts, I can only think of Mike as a loyal friend, that I dearly respect.

      Respectfully,

*Klodiana Lekaj-Griffiths*

Klodiana Lekaj- Griffiths, M.Ed.

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

**Re:   Michael Daragjati Sentencing**

Your Honor,

My name is Viktor Kol Lekaj.  I was born and raised in Albania and I immigrated to United States in 1995 at the age of 48.  I am now a proud American Citizen. I hope that you will find some time to read my letter regarding Michael Daragjati and his family[1].

As a child in the mid-1950s, I grew up hearing my parents talk about the courageous Daragjati family, Gasper and his sons (even though at a young age) were anticommunist.  The Daragjati family was well known in our county to have helped the anticommunist groups fight against the communist repression.   Unfortunately, in response the regime aggressively persecuted them.  Many members of their family were killed and imprisoned for life due to their beliefs.

Later I learned from my parents that the Daragjati family escaped the regime of the communist dictatorship and immigrated to United States of America.  It was only in 1990 that I had the pleasure and the honor to meet with the family.  It had been 35 years since the family escaped and only then, they were able to return for the first time. In 1991, the Daragjati sons – Tish and Loro came for a second visit.  During their visit, our country was going through a voting campaign.  Tish and Loro met with many families and helped them understand how different and more positive life would be for them if they voted against the Socialist party.  We maintained our friendship and in 1995 when I came to US with my family, Loro Daragjati was the one to greet me at the airport.  He took my family and me into his home and helped us through the first few months of getting accommodated.  During these months, I got to know his family and particularly his oldest son, Michael.  Michael was a very nice young man. He was full of life and energy and I remember him speaking so proudly of the USA, the culture and the opportunities he and his siblings were given just by being born in USA, compared to his father and uncles.  He also talked about going to college and becoming a police officer.  When I decided to come to Florida, Loro and his son Michael helped us get situated in an apartment.  Mike drove us around so we could apply for jobs.  We were not the only family they helped, through the years there were many Albanian families that were assisted by Loro and his family.  They opened their doors to everyone who needed help.

---

[1] Although I speak conversational English, I have difficulty writing in the English language, therefore, I originally wrote this letter in the Albanian language and asked my daughter, Sonila Daragjati, to translate it.  Ms. Daragjati has served as a translator many times in legal proceedings.

1

I have had the opportunity and the pleasure of seeing Mike several times throughout these years. He truly became a nice young man; he takes good care of his family, his parents and even his grandmother that he visits very often in the nursing home. When he visits Florida, he always goes to Our Lady Star of the Sea Catholic Church where his grandfather went when he was alive. Although only in his 30s, Mike is well known in the Albanian community here in Jacksonville and has a reputation for genuinely caring about people. When I learned of what happened with Mike, I was very shocked. Mike is a man of character with high family principles.

Your Honor, I am a father and a grandfather and my profession as a teacher and a School Principal for 30 years has taught me that we all make mistakes. Even good people make mistakes and sometime do bad things. I hope you will find through the process that Mike is a very good person who just made some wrong choices. I truly believe that given a second chance, Mike will prove to be a man of honor and high integrity. I hope that Mike will very soon reunite with his wife and three beautiful daughters and his parents.

Sincerely,

Viktor Kol Lekaj

2

# PAUL DARAGJATI

ATTORNEY & COUNSELOR AT LAW
Fraternal Order of Police Building
5530 Beach Boulevard
Jacksonville, Florida 32207

Sunday, March 04, 2012

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

**Re:   Michael Daragjati Sentencing**

Dear Judge Kuntz:

I am writing this letter pursuant to the guilty plea Michael Daragjati has entered in the case that is before you. Your Honor I would like to start by discussing my background and relationship to Michael. I was born in this country, the son of immigrant parents. After earning a Bachelor's Degree from the University of North Florida, I entered service with the Jacksonville Sheriff's Office ("JSO") as a law enforcement officer. During my tenure with the JSO, I served as a correctional officer, a patrol officer and a detective assigned to a unit that specialized in investigations of felony criminal sexual assaults. After seven years of service, I left employment with the JSO to further my education at the Florida State University School of Law. After graduating and passing the Florida Bar, I went on to serve as a prosecutor in Florida's Fourth Judicial Circuit, which encompasses the City of Jacksonville, and the immediate surrounding area. After prosecuting for three years, I entered private practice and was appointed by the Jacksonville Fraternal Order of Police to serve as their general counsel. Pursuant to my duties as general counsel, I represent police officers in adverse employment actions, criminal investigations, collective bargaining negotiations, and § 1983 civil rights litigation.

Michael's father and my late father were brothers. I am about ten years older than Michael, so although I've known Michael his whole life, it wasn't until he graduated from university and grew into adulthood that we became close. Nevertheless, as Michael grew to maturity, I saw in him a fine young man who never hesitated to lend a hand when he saw someone in need. For most of Michael's life, I, as well as our grandparents, lived in Florida while Michael grew up in New York. Despite that, each summer Michael would come to Florida to spend time at our grandparent's house. As Michael grew older, he still came, which always impressed me. At an age when most teens would rather spend their summers cavorting with friends and acting foolish, Michael spent time with his grandparents, consistently helping around the house and providing whatever services may have been needed at the time. Michael's father sacrificed to give him, and his four siblings, a solid Catholic School education and assisted

(904) 398-7010 *telephone*          (904) 398-7192 *facsimile*          daragjatilaw@gmail.com *email*

Michael in obtaining his undergraduate degree from a Catholic institution. I know the Church taught Michael that every person, notwithstanding race, gender, or any other man-made distinction, is fundamentally equal in dignity with every other. I believe that instruction penetrated his spirit because Michael has visited family in Florida accompanied by friends of other races, notably Philippino-American and Latino-American. During my visits to New York while Michael was in high school, I saw Michael receive visits at his home from African-American friends in addition to those friends mentioned above.

During Michael's summer visits in his later teen years, I was employed by the JSO, so Michael and I spent time discussing my work and his interest in law enforcement. Michael, like many other young men, had an interest in law enforcement because of movies and reality shows, so I did my best to explain the positive and negative aspects of a law enforcement career. Although I advised Michael of the negative impacts the job could have on a good man's thoughts, aspirations and spirit, I encouraged Michael to pursue his goal. With Michael's solid background, education, and lack of any drug history, he was a great candidate for any agency. In time, Michael completed his undergraduate education, applied to the New York Police Department and to no surprise, received an offer of employment. Prior to the day Michael entered service with the NYPD, I never heard Michael use a racial epithet or act in a pre-emptively violent fashion.

Your Honor, I have spent twenty years serving alongside police officers, investigating police officers, prosecuting cases assembled by police officers, and defending the careers and freedom of police officers. I have represented police officers in almost a dozen jurisdictions throughout Florida and have confidential contacts with many more. When one becomes a police officer, they undergo a distinct personality change, and if a young officer is not careful, the job can take over his life. An officer's work is dominated by interactions with good people who find themselves in difficult situations. However, an officer must also associate with individuals who are truly bad, with no interest in redemption. The key to having a long and healthy law enforcement career is delineating into which category each person you meet fits. Of the many jurisdictions I have had professional and personal contact with, I have found the NYPD to be the least effective in teaching its staff this skill.

Through Michael, I have spent time with many members of his organization and have found the activity that earned Michael a position in front of Your Honor is not isolated. Not only line officers, but supervisors as well, use inflammatory language and speak disparagingly about our justice system. I understand that I cannot attribute the actions of a handful of officers to the NYPD as a whole, but I firmly believe the institutional culture in Michael's corner of that enormous organization provided a tolerance for such behavior and was a driving force behind Michael's ease in using such profane language. To that end, it is does not surprise me that the agency and the union abandoned him so quickly. To be clear, I know Michael is not inherently racist because I have had dinner at his home when he has had African-American officers over to join us. Among men, other than the bonds developed during combat, sharing a meal is the strongest sign of fellowship; especially when one invites the other to his home for that meal.

Your Honor, the fact that you have been appointed to the federal bench is a sign that you enjoy universal respect among your peers and adversaries for your reason and intellect. Our

legal tradition has taught us punishment is most effective when it is not only swift, but also provides a sense of reciprocity. On paper, Michael looks like a bad officer, a bad family man, and a bad person altogether. I beg you to look beyond the mosaic that has been designed and look at the history of the man in front of you. My understanding is that Michael has an exemplary work history, which would not exist if he were a "Mississippi Burning" type of officer, as the local press described him. This experience has inextricably altered Michael's life, as well as the lives of his family and friends. Since Michael's arrest, he has been incarcerated, humiliated and nearly bankrupted. Sending Michael to prison for several years would serve no societal interest. I know that you will listen to the testimonies of the victims of Michael's crimes, as it is only proper to do so. I also humbly ask that when you fashion a sentence, you give valuable consideration to those of us who support Michael.

Judge Kuntz, thank you for your time, and if you have any questions, please don't hesitate to contact me, either directly or through Michael's attorney.

Respectfully Submitted,

Paul A. Daragjati, Esq.

Page 3 of 3

March 18, 2012

Kristina Picciotto
634 Sycamore Street
Staten Island, New York 10312
(718) 967-0488

United States District Court
Eastern District of New York
Honorable William F. Kuntz II
225 Cadman Plaza
Brooklyn, New York 11201

Re:  Michael Daragjati

Dear Honorable Judge Kuntz,
It is an unfortunate and a sad time that I write this letter of reference for my dear cousin Michael. This
letter is in connection with Michael's sentencing regarding his guilty plea.

I have known Michael since the day he was born. His character since he was a little boy was a loving one.
He was always the comedian. He was always funny and would make everyone laugh. Michael always
enjoyed making everyone happy. Everyone loved being around him with his happy and uplifting spirit.
Michael's untiring spirit of love, kindness, respect, compassion, caring and devotion to his family, friends
and everyone he meets, has made him an honorable and highly respected; to all that **truly** know him.

For the record; "I never heard Michael make any racist remarks".

Honorable Judge Kuntz, please have mercy on Michael. Please be lenient so he may return home to his
wife, three children and the rest of his extended family and friends as soon as possible.

Respectfully yours,

*Kristina Picciotto*

Kristina Picciotto

May 22, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Kuntz,

I am writing to you on behalf of Michael Daragjati who is scheduled to appear before you for sentencing on June 22nd.

My name is Donna Forminio and I am employed as a Sales professional for an international ocean shipping company.  I have known Mike for about 6 years and met him when my niece met and eventually married Mike's cousin, so he is family to me.

In the years since we've met, I have been in Mike's company many times. A few of those instances were when he helped my niece & her husband renovate an old house they bought for themselves prior to their marriage. During that time there were many different people working on the house, and those people were from various ethnic and racial backgrounds. Mike treated each person with kindness & respect and never saw any type of racism or bigotry exhibited. He was generous not only with his time and expertise, but with his sense of teamwork and camaraderie.

In addition to those experiences, I was also lucky enough to spend vacation time with Mike, his wife Nicole, and their 3 lovely daughters. We all spent two weeks every year in Myrtle Beach with our extended families which included my elderly parents and other family members with young teenagers. Mike was thoughtful and helpful  to my father and mother, both of whom are well into their 80's and have a little trouble getting around.  He was always available to lend a hand, whether it was to escort them safely around the resort, making sure they always were comfortable, and in general showing concern for their welfare. In addition, he spent his time with some of our young adults, a few of whom had just turned 18 and were allowed to participate in some of the night life offered in the resort area. He watched out for them, made sure they were taken care of and also took the time show them that they could have fun and still respect the rules and laws of the area.

While I understand the seriousness of the charges to which Mike has pled guilty, I can only share with you my own personal experiences.  From those experiences, I hope and pray that you can look beyond the mistakes that were made and take into consideration that Mike has already been punished terribly, by the loss of his job and future with the NYPD, the time away from his wife & children, and by the pain

caused to his entire family and his friends. He is understandably and sincerely remorseful and I am confident, given the chance, that Mike will make a difference in both our lives and his own.

I appreciate the attention and consideration you have given my letter and request that you will keep these sentiments in mind while you review this case. I am hopeful that you might be able to consider that this terrible incident in no way is a complete representation of the person Michael Daragjati is.


Respectfully,

*Donna M. Formino*

Donna M. Formino
25 Cleveland Place
Staten Island, NY 10305

Lauren F. D'Albero
130 Wilson Street
Staten Island, NY 10304

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

May 18, 2012

Honorable William F. Kuntz II,

My name is Lauren D'Albero, and I am a newly admitted attorney in New York and New Jersey. I am writing to you in regards to Michael Daragjati's sentencing, pertaining to his guilty plea.

I have been friends with Michael for approximately six years. Michael's father had grown up with my father, who is a Police Officer and also knows Michael quite well. I, personally became more acquainted with Michael while I was working as a clerical associate for the District Attorney's Office. As such, I had initially gotten to know Michael on a professional level, and eventually on a personal level, as well.

Based on my observations of Michael, his conduct, and his interactions with others, on a professional level, I always believed Michael to be a hard worker, with sound values, who was proud to be a Police Officer and always very eager to help others. One particular way that I have personally witnessed Michael's dedication and eagerness to help others and make a difference, was after my brother was arrested a couple of years ago for DWI. After Michael had heard the news, he had met with my brother, to talk to him. He spoke to my brother both as a member of law enforcement and as a friend, and encouraged my brother to do what he had to do to make his life better and get back on track so that he could move past what had happened, instead of allowing himself to travel down the wrong path. He spoke to him about finding a good job, and had even offered him a position working with his construction company, (even though he did not know my brother very well at this point in time). This made me realize even more, what a caring person Michael is, and how he always tried to see the best in everyone, even if he did not know them very well.

The more I had interacted with and become more acquainted with Michael on a personal level, the more I realized and appreciated what a genuine, noble, respectable, and caring person he is. I started to see how much of a family man he really was, how hard he worked for his family, and exactly how heartfelt and passionate he was to help others, as well, whether it was a family member, friend, or someone he did not really know all that well.

This had become even more apparent to me, when Michael was there for my family, during a very difficult time. A little over two years ago, my mother's fiancé, committed suicide

1

in our home.  At this time, I was in my second year of law school in Pennsylvania.  Needless to say, in the three hours that it took me to drive home, my home had turned into a complete and utter disaster area, filled with chaos.  By the time I had arrived home, there were police officers, family members, and friends of both my mother and brother, swarming in and out of the house.  When I arrived home, Michael was the ONE friend of mine that had actually shown up at my house, without me even having to ask, to check on my family and see how he could help.  As busy as Michael was, working two jobs, and taking care of his own family, he still made it a priority to show me and my family his support and concern.  It was then that I realized more than ever, how lucky I was to have such a compassionate, considerate, and caring friend, and that Michael is truly a one of a kind, genuine, loyal, and good person.

Thereafter, he continued to show his support and concern for myself and my family, as if he was a part of our family.  Knowing how close my brother was to my mom's fiancé, Michael had numerous conversations with my brother about what had happened, and was sincerely concerned about how this affected my brother.  Michael had also spoken to my mom on numerous occasions, and offered his support however and whenever possible, whether it was helping my mom fix up the house so that she could possibly sell it to help her move forward, or simply listening to her emotions and concerns regarding the tragic incident, and helping to ease her mind and help her cope.

After everything, I really started to look up to Michael as see him as a "big brother".  Throughout my time in law school, he was the friend who was always encouraging me to work hard, to push myself and give it my all, and never give up, no matter how tempting it was, so that I could succeed and accomplish my dream of becoming an attorney.

Moreover, I also looked up to Michael, because he was always an understanding friend, and a compassionate and open-minded person.  Michael has demonstrated these qualities numerous times, when I had turned to him to discuss family matters and other relationships in my life, especially when it came to my relationship with my father.  Since Michael knows both my father and myself rather well, and since he is a father himself, Michael has often served as a mediator between my father and I, when we just could not seem to see eye to eye on a particular matter.  During these times, I would turn to Michael, who was always sympathetic, patient, and understanding.  He was also nonjudgmental, and helped me to learn and appreciate the importance of patience, forgiveness, and empathy, in dealing with others.  In turn, he has played a significant role in helping my father and I to understand each other a little better, and to help us learn how to find a happy median when we may not agree on things.

It is for all of the above-mentioned reasons, that I truly believe within my heart, that Michael is a genuine, caring, understanding, and sympathetic person, who would never act with the malicious intent of hurting another person.  Furthermore, he is an extremely hard worker, that has always been very eager to help others in any and every way that he could.

Not only have I always believed Michael to be a good person, but I have always considered him to be a hardworking and dedicated police officer, as well.  I say this honestly, having a good idea of what it really means to be a police officer, and having spent a lot of time around a number of police officers.  Not only has my father been a police officer for about

2

twenty-eight years, but I also have friends and other family members that are 'on the job' as well.  Additionally, I have worked for the District Attorney's Office, and I have also worked as a Summer Graduate Intern for the NYPD's Department Advocate's Office.  Throughout my time working, interning, and spending a lot of time around police officers, I have learned a lot about what being a police officer really entails, and I have learned to recognize and sincerely appreciate the qualities and characteristics that good police officers have in common.  I have also come to understand how different personality traits and attitudes can have an effect on how seriously an officer takes his/her job and how he/she appreciates the importance of the duties and responsibilities that their job entails.  In this regard, I believe there is a significant difference between those officers who take their job seriously, and are genuinely dedicated to protecting our City, and those who have perhaps joined the force for other reasons and may not take their duties and responsibilities as seriously as they should.  I can honestly say, without hesitation, that based on my observations of Michael, he was always a hardworking professional, who always had a sincere passion for helping others and successfully fulfilling his duties as a New York City Police Officer to help keep our City safe.

I understand that Michael has made a mistake and did not use his best judgment in regards to what has happened.  However, I sincerely hope that this letter has helped you to understand more about Michael and the type of person that he really is.  In turn, I respectfully ask that you please take into consideration all of the good things that Michael has done to help others and his many good qualities, when determining the appropriate sentence for Michael.

Thank you for taking the time to read this letter.

Sincerely,

Lauren F. D'Albero, Esq.

A.J. D'Albero
130 Wilson Street
Staten Island, NY 10304

June 12, 2012

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Kuntz,

I am writing this letter in reference to Michael Daragjati's sentencing. Michael has been a family friend for about 5 years. I am aware of the charges involved and that Michael has plead guilty.

Michael has been a very good friend to my family. He has been there for my family any time we have asked him for help. He has especially been there for me, throughout the years that we have known him. When I was scared and in need of guidance, he was the first person I had turned to. I was embarrassed to turn to my family, but I needed some guidance and assistance and Michael was right there to listen to me and guide me in the right direction.

When I was 19 years old, I had been arrested for drunk driving. Michael had been there for me, and really talked some sense into me, and helped me realize what I was doing to my future. He had pointed out and made me understand that the path that I was on was a dead end. He had spoken to me about growing up to be a responsible adult. He had instilled in me what steps I needed to take to turn things around for myself. He had helped me find work and other means of keeping myself occupied so that I stayed out of trouble. He would also do his best to make sure that I was doing well and staying on the right path.

Michael was also the first person I was able to turn to during one of the worst experiences that anyone could ever endure. On March 27, 2010 my mother's fiancé had committed suicide, while my friend and I were hanging out at my house. Needless to say, without getting into details, it was a tragedy, and I had seen more than any person should ever see. He and I were very close and I was very distraught over the entire situation. Michael was there the first chance he had to make sure my family and I were okay. Following the death of my mother's fiancé, Michael had taken time out of his busy day to come speak with me about the role I had to fill in my household. He had explained that I needed to understand that I had to step up and become the man of the house. He had talked to me about my duties of the house and how I needed to be there for my mother and sister. He also reminded me of how important it was that I stayed on the right path and didn't let this experience put me back on the wrong path and ruin the progress I had made.

Michael has helped me become the man that I am today.  Thanks to his guidance, advice, and encouragement, I am now back in school, studying to become a nurse, and I am making a future for myself.  One of the most important things he had taught me was that people make mistakes.  He had told me that no matter what the severity of the mistake, it is the way we conduct ourselves afterward and what we do to make things better that is important.  He helped me understand that even though I have made some mistakes, I can always do my best to learn from them, make things right again, and not allow my mistakes to bring me down.  Michael has made a big impact in my life.  He has had much positive influence in my life and I really value his friendship and what he has done for me and my family.

We all make mistakes.  Some may be more serious than others, but they are mistakes, nonetheless.  Michael is a good man with a lot of good qualities.  He is hardworking and always willing to go out of his way to help others, without being judgmental.  I hope you will take this into consideration when determining his sentence and be lenient on him, because Michael is a good person, who made a mistake, which I am sure he has learned from, just like he had taught me to do.

Sincerely,

A.J. D'Albero